# United States Court of Appeals
# for the Federal Circuit

--------------------------

**ERRATA**

March 21, 2012

--------------------------

Appeal No. 2010-1376

(Opposition No. 91168556)

BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
(formerly Bridgestone Firestone North American Tire,
LLC) and BRIDGESTONE CORPORATION,

Appellants,

v.

FEDERAL CORPORATION,

Appellee.

--------------------------

Decided March 16, 2012
Precedential Opinion

--------------------------

Please make the following change:

Page 1, correction of decision date:

"March 16, 2011" to "March 16, 2012"